■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SOTOMAYER, Appellant. [979 NYS2d 550]—

Concur—Tom, J.P., Sweeny, DeGrasse, Gische and Clark, JJ.